UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| THREE T NURSERY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:11-cv-29 |
| v. | ) | *Lee* |
| | ) | |
| RURAL COMMUNITY INSURANCE | ) | |
| AGENCY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court **ORDERS** the parties to submit briefs on any "threshold issues" that may impact scheduling and discovery as discussed during the hearing held on March 20, 2012. Defendants' brief shall be filed on or before **April 20, 2012**. Plaintiffs' response shall be filed on or before **May 17, 2012**. Defendants' reply, if any, shall be filed on or before **May 25, 2012**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE