UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| THREE T NURSERY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:11-cv-29 |
| v. | ) | *Lee* |
| | ) | |
| RURAL COMMUNITY INSURANCE | ) | |
| AGENCY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This case came before the Court on the motion for summary judgment filed by Defendant [Doc. 42] and the motion for summary judgment filed by Plaintiffs [Doc. 51]. The Honorable Susan K. Lee, United States Magistrate Judge, having rendered a decision on the parties' motions, it is **ORDERED** and **ADJUDGED** that Plaintiffs take nothing, that the Award of Arbitrator be **CONFIRMED**, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

                                               */s/ Debra C. Poplin*
                                               DEBRA C. POPLIN
                                               CLERK OF COURT